AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dwight Xavier Jones, aka Dwight Xavier Jones#1059-5401, aka Dwight X Jones<br>*Plaintiff*<br>v.<br>Director Cohen, S. Partner, Chrissie Latimore, Unknown US Marshal Supervisor and Head of Medical Unknown US Marshal<br>*Defendants* | Civil Action No.   5:24-cv-4366-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  December 27, 2024

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*